1
2
3
4
5
6
7
8
9
10
11
12
13
14
15 ..
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTE: CHANGES HAVE BEEN
MADE TO THIS DOCUMENT

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ANGEL LARA; DORA LARA;
HECTOR LARA; and MARIBEL
NUNEZ,

         Plaintiffs,

    vs.

CITY OF MAYWOOD,  a Public
Entity; LOS ANGELES COUNTY
SHERIFF'S DEPARTMENT, a
Public Entity; and DOES 1 to 20,
inclusive,

        Defendants.

_____

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**CASE NO.: CV08-3469 MMM
(VBKx)**
Assigned For All Purposes To The Hon.
Margaret M. Morrow, Courtroom 780

(For submission to Magistrate Judge .
Victor B. Kenton)

**ORDER  TO COMPEL
DEPOSITION OF PLAINTIFF
HECTOR  LARA**

**DATE:**       **April 21, 2009**
**TIME:**       **10:00 a.m.**
**COURTROOM: 934H**

**Disc. Cut-off:**
**March 27, 2009**
**Motion Cut-off:**
**June 15, 2009**
**PTC:**
**July 13, 2009**
**Trial:**
**August 25, 2009**

**[PROPOSED] ORDER**

1

2

3

4        The Court, having reviewed the papers filed herein and good cause appearing therefore, HEREBY ORDERS as follows:

5

6        Plaintiff HECTOR LARA is ORDERED to appear for his deposition on _three business day's notice at 10:00 a.m., or as otherwise noticed at the offices of defendants' counsel.

7

8

9    **IT IS SO ORDERED.**

10   Dated: April 2, 2009              _____/s/_____

11                                        *Magistrate Judge Victor B. Kenton,*
                                          *United States District Court*
12

13

14

15   ..                                                                                        .

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**