BOHM, MATSEN, KEGEL & AGUILERA, LLP
Lee A. Wood – Of Counsel (SBN 58676)
Matthew J. Salcedo (SBN 237866)
695 Town Center Drive, Suite 700
Costa Mesa, CA 92626
Telephone: (714) 384-6500
Facsimile: (714) 384-6501

Attorneys for Defendants CITY OF MAYWOOD, a municipal corporation and public entity, RICHARD LYONS, JERRY SALGADO, PAUL PINE, and ANDREW SERRATA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL LARA; DORA LARA; HECTOR LARA; and MARIBEL NUNEZ,<br><br>Plaintiffs,<br>vs.<br><br>CITY OF MAYWOOD, a Public Entity; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, a Public Entity; and DOES 1 to 20, inclusive,<br><br>Defendants. | CASE NO.: CV08-3469 MMM (VBKx)<br>Assigned For All Purposes To The Hon. Margaret M. Morrow, Courtroom 780<br><br>**STIPULATION TO DISMISS WITH PREJUDICE [FRCP 41(a)(1)(ii)]**<br><br>[Proposed Order filed Concurrently Herewith] |

**TO THE HONORABLE COURT:**

    **IT IS HEREBY STIPULATED**, by and between Defendants CITY OF MAYWOOD, a municipal corporation and public entity, RICHARD LYONS, JERRY SALGADO, PAUL PINE, and ANDREW SERRATA, on the one hand, and Plaintiffs ANGEL LARA, DORA LARA, HECTOR LARA, MARIBEL NUNEZ, and L.M.D., a minor, by and through his guardian ad litem MARIBEL NUNEZ, on the other hand, by and through their respective counsel of record, that Defendants

1

**STIPULATION TO DISMISS WITH PREJUDICE [FRCP 41(a)(1)(ii)]**

1  CITY OF MAYWOOD, a municipal corporation and public entity, RICHARD
2  LYONS, JERRY SALGADO, PAUL PINE, and ANDREW SERRATA be dismissed
3  with prejudice from all claims and causes of action asserted by Plaintiffs ANGEL
4  LARA, DORA LARA, HECTOR LARA, MARIBEL NUNEZ, and L.M.D. in this
5  action.

6  **IT IS FURTHER HEREBY STIPULATED**, by and between Defendants
7  CITY OF MAYWOOD, a municipal corporation and public entity, RICHARD
8  LYONS, JERRY SALGADO, PAUL PINE, and ANDREW SERRATA, on the one
9  hand, and Plaintiffs ANGEL LARA, DORA LARA, HECTOR LARA, MARIBEL
10 NUNEZ, and L.M.D., a minor, by and through his guardian ad litem MARIBEL
11 NUNEZ, on the other hand, by and through their respective counsel of record, that
12 this dismissal constitutes a general mutual release of all claims and causes of action
13 asserted by Plaintiffs against Defendants and a mutual waiver of all costs, court fees,
14 and attorneys' fees arising out of this litigation between Plaintiffs and Defendants.

16  DATED: April 17, 2009      BOHM, MATSEN, KEGEL & AGUILERA, LLP

18                             By: _____
19                                 Matthew J. Salcedo,
                                   Attorneys for Defendants CITY OF
20                                 MAYWOOD, a municipal corporation and
                                   public entity, RICHARD LYONS, JERRY
21                                 SALGADO, PAUL PINE, and ANDREW
22                                 SERRATA

24  DATED: 4/17/09              RIOS & ASSOCIATES

25                             By: _____
26                                 Ralph M. Rios,
                                   Attorneys for Plaintiffs ANGEL LARA,
27                                 DORA LARA, HECTOR LARA, MARIBEL
28                                 NUNEZ, and L.M.D.